COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Glenn Hegar, Comptroller of Public Accounts v. Texas BLC, Inc.

Appellate case number:   01-18-00554-CV

Trial court case number:  D-1-GN-17-002768

Trial court:           250th District Court of Travis County

     The motion for rehearing is **denied**.

     It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
               ☐ Acting individually    ☑ Acting for the Court

Panel consists of Justices Kelly, Hightower, and Countiss.

Date: ___December 8, 2020_____